Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ. **[Prior Case History: 23 Misc 3d 1123(A), 2009 NY Slip Op 50899(U).]**

 In the Matter of STATE OF NEW YORK, Respondent, v HAROLD WILKES, Appellant. (Appeal No. 3.) [907 NYS2d 904]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 11, 2009 in a proceeding pursuant to Mental Hygiene Law article 10. The order, upon a jury verdict, determined that respondent suffers from a mental abnormality that predisposes him to commit sex offenses and makes it unlikely that he will be able to control his behavior.

It is hereby ordered that said appeal is unanimously dismissed without costs (see CPLR 5501 [a] [1]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ. **[Prior Case History: 23 Misc 3d 1123(A), 2009 NY Slip Op 50899(U).]**

 THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KATHERINE A. GRAHAM, Respondent. [907 NYS2d 904]—Appeal from an order of the Oswego County Court (Walter Hafner, Jr., J.), entered April 9, 2010. The order, insofar as appealed from, granted the motion of defendant to dismiss counts one, two, five and six of the indictment.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RICHARD L. GRAHAM, Respondent. [907 NYS2d 904]—Appeal from an order of the Oswego County Court (Walter Hafner, Jr., J.), entered April 9, 2010. The order, insofar as appealed from, granted the motion of defendant to dismiss counts one, two, five and six of the indictment.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ.

 In the Matter of TIMOTHY J. TOOHEY, a Suspended Attorney, Resignor. [907 NYS2d 898]—Order entered accepting resignation, striking name from roll of attorneys and directing payment of restitution. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Sept. 16, 2010.)

 In the Matter of MICHAEL W. RICKARD, II, an Attorney, Respondent. [907 NYS2d 899]—Order of suspension entered pur-